United States Courts
Southern District of Texas
FILED

MAR 18 2026

Nathan Ochsner, Clerk of Court

IN UNITED STATES DISTRICT COURT
FOR THE SOURTHERN DISTRICT OF TEXAS

To:    United States District & Bankruptcy Courts
of Southern District of Texas
Nathan Ochsner Clerk of Court
P. O. Box 61010
Houston, TX 77208

Case No. TBD

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYMENT OF FEES OR COSTS

I, Chanee Coleman, by special and limited appearance in equity, and not appearing generally, hereby provide this IFP notice in the form of an application to proceed in district court without prepayment of fees or costs. The Petitioner respectfully applies for leave to proceed in this action without prepayment of fees or costs and states as follows:

1. **Ability to Pay Filing Fees. Affiant states that, because of poverty, she cannot pay or give security for the fees or costs of this action and still be able to provide herself and any dependents with the necessities of life.** This language directly mirrors the standard articulated by the Supreme Court in Adkins v. E.I. DuPont de Nemours & Co., 335 U.S. 331, 339–40 (1948), which held:

"An affidavit is sufficient which states that one cannot because of his poverty 'pay or give security for the costs ... and still be able to provide' himself and dependents 'with the necessities of life' One need not be absolutely destitute to enjoy the benefit of the statute."

Under **Adkins**, § 1915 may not be construed to force litigants to abandon meritorious claims, mortgage basic necessities, or reduce themselves to destitution

Notice #62025030-1647.02*SEALED

in order to access the courts. This affidavit therefore satisfies the statutory poverty inquiry on its face.

For these reasons, Petitioner respectfully requests permission to proceed in this matter without prepayment of fees or costs.

**I affirm the foregoing as true and correct, without oath, in good faith and conscience.**

Dated this seventh (7th) day of March in the year 2026 CE.

By: _____

Chanee Coleman, without prejudice
15538 Kiplands Bend Drive
Houston, Texas [77014-1535]
All rights reserved

Notice #62025030-1647.02*SEALED