## NOTICE OF INSTRUCTIONS TO THE CLERK REGARDING SERVICE OF PROCESS

United States Courts
Southern District of Texas
FILED

MAR 18 2026

Nathan Ochsner, Clerk of Court

To:    United States District & Bankruptcy Courts
of Southern District of Texas
Nathan Ochsner Clerk of Court
P. O. Box 61010
Houston, TX 77208

### NOTICE AND REQUEST REGARDING SERVICE OF PROCESS

Petitioner respectfully provides the following notice and requests concerning service of process in accordance with the **Federal Rules of Civil Procedure**, the Local Rules of the **United States District Court for the Southern District of Texas**, and other applicable law.

### 1. Service by United States Marshals Service

Pursuant to Rule 4(c)(3) of the **Federal Rules of Civil Procedure**, Petitioner respectfully requests that the Court order service of the summons and complaint by the **United States Marshals Service**, particularly where such service is authorized or appropriate under the circumstances of this action.

### 2. Persons to Be Served

Service of process is requested upon all named Defendants/Respondents and any other parties required to be served under the **Federal Rules of Civil Procedure** and applicable law. The following is a list of known addresses for known non-government Defendants alleging an interest in the Subject Property:

(a) IDAHO HOUSING AND FINANCE ASSOCIATION, individually and as alleged mortgagee or servicer, 565 W MYRTLE, BOISE, ID 83702;

(b) BONIAL & ASSOCIATES, P.C., 14841 DALLAS PARKWAY, SUITE 350, DALLAS, TX 75254;

### 3. Service Upon the United States, Its Agencies, or Officers

To the extent any Defendant is the **United States**, a federal agency, or a federal officer or employee sued in an official or individual capacity, service shall be effected in compliance with Rule 4(i) of the **Federal Rules of Civil Procedure**, including service upon:

- the **United States Attorney's Office for the Southern District of Texas** (by delivery to the United States Attorney or a designated civil-process clerk);

- the **United States Department of Justice**, by serving the **Attorney General of the United States** in Washington, D.C.; and

Notice #62025030-1647.04*SEALED

- the relevant federal agency, officer, or employee as required by Rule 4(i).

## 4. Alias or Pluries Summons

If service is not successfully perfected within the time permitted, Petitioner respectfully requests that the Clerk issue an alias or pluries summons pursuant to Rule 4(b) of the **Federal Rules of Civil Procedure** upon request.

## 5. Additional Time for Service

Petitioner further respectfully requests that, if necessary, the Court grant such additional time as permitted under Rule 4(m) of the **Federal Rules of Civil Procedure**, or such other relief as the Court deems just and proper, to allow for completion of service in compliance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and applicable precedent.

## 6. Compliance with Governing Law

All service of process shall be conducted in accordance with the **Federal Rules of Civil Procedure**, the Local Rules of the **United States District Court for the Southern District of Texas**, and all other applicable statutes and binding precedent of the **United States Court of Appeals for the Fifth Circuit** and the **Supreme Court of the United States**.

Dated this seventh (7th) day of March in the year 2026 CE.

Respectfully and honorably tendered,

By: _____

Chanee Coleman, without prejudice
15538 Kiplands Bend Drive
Houston, Texas [77014-1535]
All rights reserved

Notice #62025030-1647.04*SEALED