## IN UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

MAR 18 2026

Nathan Ochsner, Clerk of Court

To:    United States District & Bankruptcy Courts
       of Southern District of Texas
       Nathan Ochsner Clerk of Court
       P.O. Box 61010
       Houston, TX 77208

## NOTICE OF STATUS AND CLARIFICATION OF NON-CORPORATE CAPACITY

To Whom It May Concern,

Let the record be made straight. I appear specially in equity and not generally in this matter as a living local national known by the name reflected on the docket, and not as an artificial being, juridical construct, or incorporated body. I am not created by charter, statute, or registration, nor do I derive existence from articles, bylaws, or franchises of the state.

I have no parent corporation.

I issue no publicly held stock.

I possess no ownership interest subject to corporate disclosure.

Any presumption of corporate character arises not from fact, but from silence, and silence, once broken by truth, has no further force. This notice is given in good faith, to align the record with reality, so that form may not obscure substance, and administrative convenience may not eclipse truth. Equity regards the person before the court as he is, not as he is mistakenly classified. Where no corporation exists, none can be disclosed. Where no conflict exists, none can be reported. Accordingly, this notice stands as a plain declaration of status, offered so the record may speak accurately and no false inference persist by default.

Respectfully submitted in clarity and conscience,

Dated this seventh (7th) day of March in the year 2026 CE.

Notice #62025030-1647.01*SEALED

By: _____

Chanee Coleman, without prejudice
15538 Kiplands Bend Drive
Houston, Texas [77014-1535]
All rights reserved