IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

*April 13, 2026*

Nathan Ochsner, Clerk of Court

Chanee Tennille Coleman,

Petitioner and Real Party in Interest,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

Civil Action No. 4:2026-cv-02265

## JOINT DISCOVERY AND CASE MANAGEMENT PLAN

Pursuant to Rule 26(f), the parties submit the following plan:

1. DISCOVERY SCOPE

   Discovery will include documents and information relating to:

   * Ownership and title to the property;

   * Loan and servicing records;

   * Foreclosure proceedings;

   * Government program involvement.

2. DISCLOSURES

   Initial disclosures will be exchanged within fourteen (14) days after the Rule 26(f)

   conference.

Notice #62023230-2035.03

## 3. DISCOVERY LIMITATIONS

The parties propose that discovery proceed under the default limits of the Federal Rules.

## 4. ELECTRONIC DISCOVERY

The parties will confer regarding the format and scope of electronically stored information.

## 5. PRIVILEGE

The parties propose a clawback agreement for inadvertently produced privileged materials.

## 6. DEADLINES

- Deadline to Amend Pleadings: July 1, 2026 at 5:00 PM
- Discovery Cutoff: November 13, 2026 at 5:00 PM
- Dispositive Motions Deadline: December 14, 2026 at 5:00 PM

## 7. TRIAL

Estimated length: 3 days

Jury demand: Yes

Trial Setting: February 22, 2027 at 9:00 AM (two-week docket)

Date: March 30, 2026

Respectfully submitted,

By: _____

Chanee Coleman, without prejudice

---

Notice #62023230-2035.03

15538 Kiplands Bend Drive
Houston, Texas [77014-1535]
Ph: (832) 675-2663
All rights reserved

Notice #62023230-2035.03