IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

APR 13 2026

Nathan Ochsner, Clerk of Court

**Chanee Tennille Coleman,**

Petitioner and Real Party in Interest,

v.

**UNITED STATES OF AMERICA, et al.,**

Defendants.

Civil Action No. 4:2026-cv-02265

### NOTICE OF NON-CONSENT TO MAGISTRATE JURISDICTION

Petitioner hereby notifies the Court that consent is not given to proceed before a United States Magistrate Judge for all purposes.

Petitioner respectfully requests that all proceedings remain before the assigned District Judge unless otherwise ordered.

Date: March 30, 2026

Respectfully submitted,

By: _____

Chanee Coleman, without prejudice
15538 Kiplands Bend Drive
Houston, Texas [77014-1535]
Ph: (832) 675-2663
All rights reserved

Notice #62023230-2035.05