IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**Chanee Tennille Coleman,**

Petitioner and Real Party in Interest,

v.

**UNITED STATES OF AMERICA, et al.,**

Defendants.

Civil Action No. 4:2026-cv-02265

## ORDER

The Court, having considered the Proposed Scheduling Order, finds that it should be adopted.

Accordingly, it is ORDERED that the Proposed Scheduling Order is hereby ADOPTED as the Scheduling Order of the Court.

SIGNED, ORDERED, AND ADOPTED on this ___ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE