IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

APR 1 8 ?

Nathan United States Courts
Southern District of Texas
FILED

APR 1 3 2026

Nathan Ochsner, Clerk of Court

Chanee Tennille Coleman,

Petitioner and Real Party in Interest,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

Civil Action No. 4:2026-cv-02265

NOTICE OF DISCLOSURE OF INTERESTED PERSONS

PLEASE TAKE NOTICE! Petitioner hereby specially files this Notice of Disclosure of Interested Persons.

Petitioner certifies that the following persons or entities may have a financial interest in the outcome of this litigation:

1. United States of America, acting through the Secretary of Housing and Urban Development, the Chairman of the Securities ad Exchange Commission, or a majority of the Commissioners, and Residential Enhancements, Inc., Attention: Mortgagee Compliance Manager, 6434 Lawrenceville Hwy, Tucker, GA 30084;

2. The State of Texas, acting through its Attorney General, Texas Department of Housing and Community Affairs Governing Board and Executive Dirctor, and other relevant regulatory authorities;

Notice #62023230-2035

Page 1 of 2

3. Idaho Housing and Finance Association;

4. Bonial & Associates, P.C.;

5. Any unknown persons or entities claiming any right, title, or interest in the subject property;

6. Any entities that may claim an interest through assignment, securitization, servicing, or foreclosure-related transactions involving the subject property.

Petitioner is not aware of any publicly held corporation owning 10% or more of any party.

This disclosure is made to assist the Court in evaluating possible conflicts and will be supplemented if additional interested persons become known.

Date: March 30, 2026

Respectfully submitted,

By: _____
Chanee Coleman, without prejudice
15538 Kiplands Bend Drive
Houston, Texas [77014-1535]
Ph: (832) 675-2663
All rights reserved

Notice #62023230-2035