IN THE DISTRICT COURT OF HARRIS COUNTY

STATE OF TEXAS

United States Courts
Southern District of Texas
FILED

MAY 2 8 2026

Nathan Ochsner, Clerk of Court

**Chanee Tennille Coleman,**

Petitioner and Real Party in Interest,

v.

**IDAHO HOUSING AND FINANCE ASSOCIATION, et al.,**

Defendants.

Cause No. _____

## NOTICE OF DEMAND FOR SERVICE OF PROCESS ON DEFENDANTS TO ALL

## DEFENDANTS AND THEIR COUNSEL OF RECORD

TO THE CLERK OF COURT, ALL DEFENDANTS AND THEIR COUNSEL OF RECORD, IF ANY:

PLEASE TAKE NOTICE that Petitioner, Chanee Tennille Coleman, pursuant to the **Texas Rules of Civil Procedure, including Rules 21a, 99, 103, 106, 680, and 681,** hereby demands that proper **service of process** be effected upon all Defendants named in this cause in accordance with Texas law and procedural requirements.

I. DEFINITIONS AND PARTIES TO BE SERVED

1. **Defendants to be served include:**

   - Idaho Housing and Finance Association, whose address is ;

     565 Myrtle, Boise, ID 83702

   - Counsel of Record Bonial & Associates, P.C., whose address is ;

     14841 Dallas Parkway, Suite 350, Dallas, TX 75254

Notice #62025040-1723.02

2. **Subject Property** for reference:

**15538 Kiplands Bend Drive, Houston, Harris County, Texas 77014-1535**

Legal Description: "LOT 45, IN BLOCK 2, OF BAMMEL VILLAGE SEC. 2, REPLAT NO. 1, HARRIS COUNTY, TEXAS, MAP RECORDS FILM CODE NO. 587230."

II. DEMAND FOR SERVICE

Petitioner demands that:

1. **Service of the Verified Petition, Notice of Petition for Temporary and Permanent Injunction, and all accompanying pleadings** be effected on all named Defendants;

2. Service must comply with **Texas Rules of Civil Procedure**:

   - **Rule 21a** — Parties may be joined and process served on multiple parties;

   - **Rule 99** — Citation must be issued to each Defendant;

   - **Rule 103** — Citation must be served to give notice of suit;

   - **Rule 106** — If service cannot be made as directed, alternate authorized methods must be employed;

   - **Rules 680 and 681** — Injunction and restraining order pleadings require notice and service consistent with emergency procedural rules.

3. Petitioner demands that service **include citation, a copy of the Verified Petition, Notice of Temporary and Permanent Injunction, and all related exhibits**, providing sufficient notice of all claims and requested relief;

Notice #62025040-1723.02

4. Petitioner further demands that **proof of service** be filed with this Court for each Defendant in accordance with TRCP requirements.

## III. PURPOSE OF SERVICE

The purpose of this demand is to:

1. Ensure that all Defendants receive proper notice of this proceeding;

2. Comply with statutory and procedural requirements for injunctive relief;

3. Preserve the Court's jurisdiction to act on the Verified Petition, Temporary Restraining Order, and Petition for Temporary and Permanent Injunction;

4. Provide notice of all claims and rights asserted by Petitioner, including challenges to the sheriff's sale scheduled for May 5, 2026, and other foreclosure-related proceedings.

## IV. PRAYER

WHEREFORE, Petitioner respectfully requests that:

1. Each Defendant be **properly served in accordance with the Texas Rules of Civil Procedure;**

2. Proof of service be **duly filed with the Court;**

3. Petitioner be granted such other and further relief, in law or equity, to which she may be justly entitled.

Respectfully submitted,

Notice #62025040-1723.02

Chanee Tennille Coleman

Petitioner and Real Party in Interest

Respectfully submitted this 9th day of April, 2026.

By: _____

Chanee Coleman, without prejudice
15538 Kiplands Bend Drive
Houston, Texas  [77014-1535]
All rights reserved

Notice #62025040-1723.02