## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **CHANEE TENNILLE COLEMAN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **NO. 26-CV-2265** |
| **v.** | § | |
| | § | |
| **UNITED STATES OF AMERICA, et** | § | |
| **al.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Plaintiff has filed an application to proceed with an appeal in this case *in forma pauperis*. (Doc. No. 2.) Under 28 U.S.C. § 1915 (a), "the only determination to be made by the court . . . is whether the statements in the affidavit satisfy the requirements of poverty." *Watson v. Ault*, 525 F.2d 886, 891 (5th Cir. 1976). The applicant need not "be absolutely destitute to enjoy the benefit of the statute.... [A]n affidavit is sufficient which states that one cannot because of his poverty pay or give security for the costs and still be able to provide himself and dependents with the necessities of life." *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948) (internal quotations omitted).

Plaintiff's application does not satisfy these requirements. If Plaintiff wants to proceed *in forma pauperis*, Plaintiff must file the appropriate form available on the website of the United States District Court for the Southern District of Texas. This form is labeled "Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)." Plaintiff's motion is DENIED.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 29th day of May, 2026.

_____

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

2