IN THE DISTRICT COURT FOR HARRIS COUNTY

STATE OF TEXAS

United States Courts
Southern District of Texas
FILED

MAY 2 8 2026

Nathan Ochsner, Clerk of Court

To:     Marilyn Burgess
        Harris County District Clerk
        P.O. Box 4651
        Houston, Texas 77210-4651

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYMENT OF FEES OR COSTS AS AN ABORIGINAL AND INDIGENOUS TEXAN WOMAN
### PLEASE TAKE NOTICE!

I, Chanee Coleman, appearing by special and limited in her private capacity as an aboriginal and indigenous Texan woman, hereby provide this IFP notice in the form of an application to proceed in district court without prepayment of fees or costs as an aboriginal and indigenous Texan woman.

The Petitioner respectfully applies for leave to proceed in this action without prepayment of fees or costs and states as follows:

1. **I am an aboriginal and indigenous Texan woman in her private capacity ;**

2. **Ability to Pay Filing Fees. Affiant states that, because of poverty, she cannot pay or give security for the fees or costs of this action and still be able to provide herself and any dependents with the necessities of life.** This language directly mirrors the standard articulated by the Supreme Court in Adkins v. E.I. DuPont de Nemours & Co., 335 U.S. 331, 339–40 (1948), which held:

   "An affidavit is sufficient which states that one cannot because of his poverty 'pay or give security for the costs ... and still be able to provide' himself and dependents 'with the necessities of life.' One need not be absolutely destitute to enjoy the benefit of the statute."

Notice #62025040-1723.03

Page 1 of 2

Under **Adkins**, § 1915 may not be construed to force litigants to abandon meritorious claims, mortgage basic necessities, or reduce themselves to destitution in order to access the courts. This affidavit therefore satisfies the statutory poverty inquiry **on its face**.

For these reasons, Petitioner respectfully requests permission to proceed in this matter without prepayment of fees or costs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Date:** April 9, 2026.

By: _____

Chanee Coleman, without prejudice
15538 Kiplands Bend Drive
Houston, Texas [77014-1535]
All rights reserved

Notice #62025040-1723.03