**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| CHANEE TENNILLE COLEMAN, | § § § | |
| Plaintiff, | § § | NO. 26-CV-2265 |
| v. | § § | |
| UNITED STATES OF AMERICA, et al., | § § § | |
| Defendants. | § § | |

## ORDER

Plaintiff previously filed an application to proceed with an appeal in this case *in forma pauperis* (ECF No. 2). The Court denied this application as Plaintiff had not filed the appropriate form. *See* ECF No. 26. Plaintiff subsequently filed two new applications to proceed *in forma pauperis* (ECF Nos. 30 and 31). However, both also used the incorrect forms. If Plaintiff wishes to proceed *in forma pauperis*, Plaintiff must file the appropriate form available on the website of the United States District Court for the Southern District of Texas. This form is labeled "Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)." Plaintiff's motions are **DENIED.**

Plaintiff has also filed several motions to seal parts of the record (ECF No. 5, ECF No. 20, ECF No. 29). However, Plaintiff does not identify which portions of the record require sealing or describe why. The Court has reviewed the documents filed up to this point and has identified several which contain personally identifiable information. These are ECF No. 1 and the attached exhibits and ECF No. 30 - Ex. 1. The Clerk is directed to make ECF No. 1 and its attached exhibits available only to Parties in this case and to seal ECF No. 30 - Ex. 1 entirely. Plaintiff is instructed to redact any personally identifiable information or other information which she does not want to be available publicly from all future filings. The Court **GRANTS** ECF No. 5 in part and otherwise **DENIES** these motions.

However, if Plaintiff identifies a particular document containing personally identifiable information which she does not want to be publicly available and which is already in the record, Plaintiff may file a new motion identifying both the document and the page on which the personally identifiable information is included and request that the Court seal that document.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 9th day of June, 2026.

_____

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

2