## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

Chanee Tennille Coleman

v.                                              Case Number: 4:26–cv–02265

United States of America, et al.

---

### Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge Keith P Ellison**

**LOCATION:**
by telephone

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.
Enter Meeting ID: 160 7362 7986#
No participant ID – press #, Followed by Passcode: 3716#.

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 7/8/2026

**TIME:** 03:00 PM

**TYPE OF PROCEEDING:** Motion Hearing

---

Date:   June 22, 2026                           Nathan Ochsner, Clerk