## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

Chanee Tennille Coleman

v.                                                   Case Number: 4:26–cv–02265

United States of America, et al.

---

### Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Richard W Bennett**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 6/24/2026

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Motion Hearing

RE: Motion for Temporary Restraining Order – #23
Motion for Permanent Injunction – #23

---

Date:    June 24, 2026                                    Nathan Ochsner, Clerk