**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Chanee Tennille Coleman | § | |
| | § | |
| | § | |
| *versus* | § | Civil Action 4:26−cv−02265 |
| | § | |
| | § | |
| United States of America, et al. | § | |

# Notice of Referral of Motion
# to Magistrate Judge

Pursuant to 28 U.S.C. 636(b)(1), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and General Order 2024-08, the presiding district judge has designated Magistrate Judge Richard W. Bennett to hear and determine the motion(s) identified below:

Motion for Temporary Restraining Order – #23
Motion for Permanent Injunction – #23

Date: June 24, 2026.

Nathan Ochsner, Clerk
By: D. McKinnie−Richardson
Deputy Clerk