United States District Court
Southern District of Texas
**ENTERED**
June 24, 2026
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**

JUDGE RICHARD W. BENNETT, PRESIDING
DATE: June 24, 2026
COURT REPORTER: ERO
MORNING: 10:00-10:18AM  AFTERNOON: _____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CIVIL NO: 4:26cv2265

Chancee Coleman,                              Pro-Se

Plaintiff

United States of America, et al              Tony Halaris

Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
MINUTE ENTRY ORDER:

Hearing held on Plaintiff's Motion for Temporary Restraining Order (ECF No.

23).  Appearances:  Chanee Coleman, pro se, for Plaintiff and Anthony Halaris,

Defendant.  The Court heard arguments from both parties and, for the reasons stated on the

record, will recommend Plaintiff's motion be denied.  A separate order will issue.

Signed on the 24th day of June, 2026

_____

Richard W. Bennett
United States Magistrate Judge