United States District Court
Southern District of Texas
**ENTERED**
July 10, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| CHANEE TENNILLE COLEMAN., | § | |
| | § | |
| *Plaintiff,* | § | |
| VS. | § | CIVIL ACTION NO. 4:26-cv-2265 |
| | § | |
| | § | |
| UNITED STATES OF AMERICA, *et al.*, | § | |
| | § | |
| *Defendant.* | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pending before the Court is Plaintiff Chanee Tennille Coleman's ("Plaintiff") motion for a temporary restraining order and injunctive relief ("Motion," ECF No. 23).[1] The Motion was referred to Magistrate Judge Richard W. Bennett for a report and recommendation. ECF No. 29. On June 24, 2026, Judge Bennett issued a Report and Recommendation, recommending the **DENIAL** of Plaintiff's Motion. ECF No. 41. The deadline for filing objections passed on July 8, 2026, and no objections were filed.

Pursuant to Fed. R. Civ. P. 72, the Court has reviewed the Report and Recommendation for clear error. Finding no clear error, the Court adopts the Report and Recommendation in its entirety. To the extent that Plaintiff also seeks a preliminary or injunction, such relief is denied for the same reasons. Accordingly, Plaintiff's Motion is **DENIED.**

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas on this the 9th day of July, 2026.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

---

[1] This filing is titled Verified First Amended Petition but includes a motion for a temporary restraining order and injunctive relief.