**UNITED STATES DISTRICT COURT**          **SOUTHERN DISTRICT OF TEXAS**

### HOUSTON DIVISION

Chanee Tennille Coleman
   *Plaintiff(s),*

v.                                          Case No. 4:26−cv−02265

United States of America, et al.
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:  **Initial Conference**

DATE:   **7/20/2026**

TIME:   **01:00 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.
Enter Meeting ID: 160 7362 7986#
No participant ID − press #, Followed by Passcode: 3716#.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN-PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**
By A. Rivera , Deputy Clerk                          Date: July 16, 2026