# UNITED STATES DISTRICT & BANKRUPTCY COURT
Southern District of Texas

20260616-46

Chanee Tennille Coleman

15538 Kiplands Bend Drive
Houston, TX 77014

⌐ United States Courts
Southern District of Texas
FILED

**JUL 27 2026**

**Nathan Ochsner, Clerk of Court**

515 Rusk Street
Houston, TX 77002
713-250-5500
https://www.txs.uscourts.gov/

Date: Tuesday, June 16, 2026
Case Number: 4:26-cv-02265
Document Number: 36 (1 page)
Notice Number: 20260616-46
Notice: The attached order has been entered.

NOTICE:
Federal courts will never use a phone call or email to request personal or financial information, or to threaten recipients who don't comply. If you receive a threatening phone call or email, do not disclose any information. These types of phone calls and emails are fraudulent and are not connected with the federal courts.

CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

HOUSTON TX RPDC

24 JUL 2026   AM 3

FIRST-CLASS

US POSTAGE ℠ PITNEY BOWES

ZIP 77002
02 7W   $ 000.74
0008035818 JUN. 16. 2026

United States Courts
Southern District of Texas
FILED

**JUL 27 2026**

RETURN TO SENDER
Nathan Ochsner, Clerk of Court

773 NPE 12569925I5007/03/26
NOTIFY SENDER OF NEW ADDRESS
COLEMAN
PO BOX 682913
HOUSTON TX 77268-2913

07/25