IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED
AUG 2 4 2026
Nathan Ochsner, Clerk of Court

**CHANEE TENNILLE COLEMAN,**

Plaintiff, §
§
v. § **CIVIL ACTION NO. 4:26-cv-02265**
§
§

**UNITED STATES OF AMERICA;**

**SECRETARY OF HOUSING AND URBAN DEVELOPMENT;**

**IDAHO HOUSING AND FINANCE ASSOCIATION (Lender);**

**HOMELOANSERV;**

**P.C.F. PROPERTIES IN TX, LLC;**

**and ADDITIONAL UNKNOWN PERSONS OR ENTITIES CLAIMING INTERESTS THROUGH ASSIGNMENTS, SECURITIZATION, FORECLOSURE PROCEEDINGS, OR CONVEYANCES. AND ALL PERSONS OR ENTITIES UNKNOWN CLAIMING RIGHT, TITLE, OR INTEREST IN THE REAL PROPERTY DESCRIBED HEREIN,**
Defendants.

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Plaintiff Chanee Tennille Coleman respectfully moves this Court for leave to file her Second Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2). In support, Plaintiff shows the Court as follows:

1. Plaintiff is proceeding pro se in this matter. No defendant has filed an answer or responsive pleading to the original or first amended complaint.

2. Plaintiff seeks leave to amend her petition to incorporate compulsory claims for statutory Wrongful Foreclosure and federal Real Estate Settlement Procedures Act (RESPA) violations regarding material accounting defects, unapplied payments (including Texas Homeowner Assistance Funds), and illegal "dual-tracking" mortgage servicing failures by Defendants.

3. Under Rule 15(a)(2), courts should freely give leave when justice so requires. Amendment is necessary here to prevent manifest injustice and to fully articulate the title defects impacting the homestead before service of process is finalized.

4. This motion is made in good faith, not for delay, and will not prejudice the Defendants as they have not yet entered an appearance.

WHEREFORE, Plaintiff prays the Court grant this Motion and allow the clerk to file the attached Second Amended Complaint.

Dated: August 24, 2026

Respectfully submitted,

______________________________

Chanee Tennille Coleman, Pro Se