United States District Court
Southern District of Texas
**ENTERED**
August 25, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **CHANEE TENNILLE COLEMAN** | § | |
| | § | |
| **Plaintiff,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-2265** |
| | § | |
| **UNITED STATES OF AMERICA, et al.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## ORDER

Before the Court is Plaintiff's Motion for Leave to File Second Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2). Doc. No. 52. Having considered the briefings, Plaintiff's Motion is **GRANTED,** and the clerk is directed to file Doc. No. 52-1 (titled "Exhibit Second Amended Complaint"). The Court will not grant further motions to file an amended complaint absent extraordinary circumstances.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 25th of August, 2026

Keith P. Ellison
United States District Judge