5

U.S. Department of Justice
United States Marshals Service

RECEIVED
UNITED STATES MARSHAL
2026 AUG 26 AM 8:29
SOUTHERN DIST. S/TX

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>CHANEE TENNILLE COLEMAN | COURT CASE NUMBER<br>4:26-cv-02265 |
| DEFENDANT<br>UNITED STATES OF AMERICA, Et al. | TYPE OF PROCESS<br>Summons and Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Civil Process Clerk, United States Attorney's Office

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1000 LUISIANA ST STE 2300, HOUSTON, TX 77002

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| CHANEE T. COLEMAN<br>15538 KIPLANDS BEND DR<br>HOUSTON, TX 77014 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 5 |
| | Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF<br>☐ DEFENDANT | 832-675-2663 | 8/24/2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 5 | No. 79 | No. 79 | [signature] | 8/27/26 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time |
|---|---|---|
| Andrea Henckle Paralegal Specialist | 8-28-26 | 1:44 ☐ am ☑ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | [signature] |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Andrea Henckle accepted process on behalf of the U.S. Attorney's Office.

mileage: 1

United States Courts
Southern District of Texas
FILED
OCT - 2 2026
Nathan Ochsner, Clerk of Court

Form USM-285