2

**U.S. Department of Justice**
United States Marshals Service

RECEIVED
UNITED STATES MARSHAL
2026 AUG 26 AM 8:2
SOUTHERN DIST. S/TX

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>CHANEE TENNILLE COLEMAN | COURT CASE NUMBER<br>4:26-cv-02265 |
| DEFENDANT<br>IDAHO HOUSING AND FINANCE ASSOCIATION, Et al. | TYPE OF PROCESS<br>Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
BONIAL & ASSOCIATES, P.C.
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
14841 DALLAS PKWY STE 350, DALLAS, TX 75254

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| CHANEE T. COLEMAN<br>15538 KIPLANDS BEND DR<br>HOUSTON, TX 77014 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 5 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Attorney firm in Texas should be served. A copy of summons should be mailed to
IDAHO HOUSING AND FINANCE ASSOCIATION
565 W. Myrtle Street,
Boise, ID 83702

United States Courts
Southern District of Texas
FILED
OCT 06 2026
Nathan Ochsner, Clerk of Court

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF<br>☐ DEFENDANT | 832-675-2663 | 8/24/2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2 | No. 79 | No. 79 | [signature] | 8/27/26 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| | | |
|---|---|---|
| Name and title of individual served *(if not shown above)* | Date<br>9/4/26 | Time<br>12:50 ☐ am ☒ pm |
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy<br>[signature] 10-2-26 | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

9589 0710 5270 3682 9364 04

Delivered via certified mail (See attached

2265-2

**Tracking Number:**

**9589071052703682936404**

Copy   Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 12:50 pm on September 4, 2026 in DALLAS, TX 75254.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Left with Individual**

DALLAS, TX 75254
September 4, 2026 12:50 PM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

---

9589 0710 5270 3682 9364 04

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*
2265-2

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage

Postmark Here

BONIAL & ASSOCIATES, P.C.
14841 DALLAS PKWY, STE 350
DALLAS, TX 75254

See Reverse for Instructions

---

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BONIAL & ASSOCIATES, P.C.
14841 DALLAS PKWY, STE 350
DALLAS, TX 75254

9590 9402 9627 5121 7382 54

2. Article Number *(Transfer from service label)*
9589 0710 5270 3682 9364 04

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* C. Banks
C. Date of Delivery 9-4-26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
...ail
...ail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt