**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

RECEIVED UNITED STATES MARSHAL 2026 AUG 26 SOUTHERN DIST. OF TX

| | |
|---|---|
| PLAINTIFF<br>CHANEE TENNILLE COLEMAN | COURT CASE NUMBER<br>4:26-cv-02265 |
| DEFENDANT<br>SECRETARY OF HOUSING AND URBAN DEVELOPMENT, Et al. | TYPE OF PROCESS<br>Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Secretary of Housing and Urban Development
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 451 SEVENTH ST SW, WASHINGTON, DC 20410

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| CHANEE T. COLEMAN<br>15538 KIPLANDS BEND DR<br>HOUSTON, TX 77014 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 5 |
| | Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*
US DEPARTMENT OF HUD
ATTN: ASSOCIATE GENERAL COUNSEL FOR LITIGATION
451 SEVENTH ST SW, WASHINGTON, DC 20410

United States Courts
Southern District of Texas
FILED
OCT 06 2026
Nathan Ochsner, Clerk of Court

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF ☐ DEFENDANT | 832-675-2663 | 8/24/2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 79 | No. 79 | [signature] | 8/27/26 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time |
|---|---|---|
| | 09/04/26 | 12:50 ☐ am ☑ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | [signature] 2082 10-2-26 |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

9589 0710 5270 2082 9363 98

Delivered by certified mail (see attachment)

2265-1

Tracking Number:

**9589071052703682936398**

Copy Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:12 am on September 10, 2026 in WASHINGTON, DC 20410.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20410
September 10, 2026 7:12 AM

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

9589 0710 5270 3682 9363 98

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only* 2263-1

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage

Postmark Here

SEP - 1 2026

SECRETARY OF HOUSING & URBAN DEVELOPMENT
451 SEVENTH ST SW
WASHINGTON, DC 20410