**IN THE UNTIED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **CHANEE TENNILLE COLEMAN** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:26-cv-02265** |
| | § | |
| **UNITED STATES OF AMERICA, *et al.*** | § | |
| | § | |
| | § | |
| ***Defendants.*** | § | |

**<u>ORDER OF DISMISSAL WITH PREJUDICE</u>**

NOW INTO COURT comes P.C.F. Properties in TX, LLC ("P.C.F.") who moves to dismiss with prejudice all claims asserted against it by Plaintiff Chanee Tennille Coleman ("Plaintiff") in the above-captioned matter through its Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(6) ("Motion") filed on October 29, 2026.

WHEREFORE, the Court has considered the Motion, any responses or replies thereto, and any oral argument of counsel and has determined the Motion to have merit. Therefore,

IT IS HEREBY ORDERED, adjudged and decreed that P.C.F.'s Rule 12(b)(6) Motion to Dismiss is GRANTED and all of claims asserted by Plaintiff in the above-referenced lawsuit are DISMISSED WITH PREJUDICE.

SIGNED in Houston, Texas on this ______ day of ______________, 20___.

______________________________
PRESIDING JUDGE
UNITED STATES DISTRICT COURT

APPROVED AND ENTRY REQUESTED BY:

**KEAN MILLER LLP**

By: */s/ Megan Rapp*
Megan Rapp
Texas Bar No: 24073924
Southern District No: 1260209
Zach Mathis
Texas Bar No. 24137490
Southern District No.: 3902317
1400 Woodloch Forest Drive, Suite 400
The Woodlands, Texas 77380
Telephone: (832) 494-1711
Facsimile: (888) 781-0162
Megan.Rapp@keanmiller.com
Zach.Mathis@keanmiller.com

**ATTORNEYS FOR DEFENDANT**
**P.C.F. PROPERTIES IN TX, LLC**